IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-221-D

| | | |
|---|---|---|
| SHARRON MARIE GLOVER-ARMSTEAD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STATE OF NC CERTIFICATION OF VITAL RECORDS/BIRTH CERTIFICATE OFFICE DURHAM COUNTY REGISTER OF DEEDS, | ) | |
| | ) | |
| Defendant. | ) | |

On March 21, 2013, Magistrate Judge Webb issued a Memorandum and Recommendation ("M&R") [D.E. 6]. In that M&R, Judge Webb recommended that plaintiff's application to proceed in forma pauperis be allowed, and that plaintiff's complaint be dismissed as frivolous. Neither party filed objections to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis and quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. The court adopts the M&R. Plaintiff's application to proceed in

forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED as frivolous. The Clerk of

Court shall close the case.

SO ORDERED. This __17 day of April 2013.

JAMES C. DEVER III
Chief United States District Judge

2