AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| SHARRON MARIE GLOVER, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| STATE OF NC CERTIFICATION OF VITAL RECORD DURHAM BIRTH CERTIFICATE OFFICE via Clerk, Durham County Register of Deeds, | ) **CASE NO. 5:12-CV-221-D** |
| Defendant. | ) |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court ADOPTS the Memorandum and Recommendations [D.E. 6], and Plaintiff's Complaint is DISMISSED as frivolous. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **APRIL 18, 2013** WITH A COPY TO:

Sharron Marie Glover, Pro se (via USPS to 107 West Cornwallis Road, P.O. Box 51661, Durham, NC 27717)

April 18, 2013  JULIE A. RICHARDS, Clerk
Date  Eastern District of North Carolina

/s/ Debby Sawyer
(By) Deputy Clerk

Raleigh, North Carolina